# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2023-0554**
William N. Dismukes III v. State of Alabama (Appeal from Montgomery Circuit Court: CC-21-629)

## NOTICE

You are hereby notified that on April 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk